1/28/05

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:04CR138 |
| Plaintiff, | : | |
| | : | JUDGE KATHLEEN O'MALLEY |
| vs. | : | |
| | : | **DEFENDANT'S MOTION TO IMPOSE** |
| LEON EDWARDS, | : | **ALTERNATIVE SENTENCE** |
| Defendant. | : | |

Defendant Leon Edwards, through counsel, respectfully requests that the Court issue a corrected Judgment and Commitment Order imposing the 77-month alternative sentence annunciated by the Court at the sentencing hearing under the authority of United States v. Koch, No. 02-6278, 2004 WL 1870438 (6th Cir. Aug. 13, 2004)(unreported) and United States v. Booker, 125 S.Ct. 738, 2005 WL 50108 (2005). The reasons supporting this request are stated more fully in the attached memorandum which is incorporated herein by this reference.

Respectfully submitted,

/s/Edward G. Bryan
EDWARD G. BRYAN (#0055556)
Assistant Federal Public Defender
1660 West Second Street, Suite 750
Cleveland, Ohio 44113
Telephone: (216) 522-4856; Fax: (216) 522-4321
e-mail address: edward_bryan@fd.org

GRANTED: ✓ *
DENIED: _____

K. M. O'Malley
U.S. District Judge
6-9-05

*The Government has withdrawn any opposition to this request. A new J&C will confirm the alternative sentence.

72